Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

_____ Division

Nicholas D'Artagnan Dumas )
)
) Case No. **20-02966**
)
) *(to be filled in by the Clerk's Office)*
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) **SECT.M MAG.3**
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Federal Elections Commission & All States Counting )
Votes )
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nicholas D'Artagnan Dumas |
   | Street Address | none |
   | City and County | New Orleans |
   | State and Zip Code | Louisiana |
   | Telephone Number | 530.903.1596 / 302.601.0742 |
   | E-mail Address | deconDarts@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: United States Government
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Multiple
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
See Attached:
False Claims Act, RICO, 1st, 4th, 5th & 15th, 6th, 8th, 9th, 12th & 17th, 13th & 16th, 15th & 26th addendums.
Access to Courts

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Nicholas D'Artagnan Dumas, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* the United States of America, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* Washington DC

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

To Be Determined

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

DMV, USPS, FinCEN (banks), EDD, IRS, FEC, New Orleans AutoPound,

B.    What date and approximate time did the events giving rise to your claim(s) occur?

2018 - current

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Residence is being predicated upon a physical street address; instead of upon Residence & Domicile.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
This is a time based issue regarding disenfranchisement of the American Voter.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Fix the issues.
Repair my seatbelt, etc...

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/02/2020

Signature of Plaintiff: Nicholas D'Artagnan Dumas
Printed Name of Plaintiff: Nicholas D'Art Dumas

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

pro-se unit

prosedocs@laed.uscourts.gov

online at:
https://github.com/ActionProjects/Actions/blob/main/actions/theSuits/Complaints/masterComplaint.md


intended to be amended & addended

Original Compilation / Composition with NOPD Detectives; after, device confiscated for video retrieval of NOLA Police Involved Shooting on 10/30/2020 at Royal Street.

Injunction - Federal, Presidential Election
Subpoena / FOIA / Warrant

## Issues Under:
### RICO Act
### False Claims Act
### 1st Addendum
    Infringment on Campaign & Artistic Displays
### 4th Addendum
    unreasonable searches and seizures
### 5th & 15th Addendums
    Due Process
### 6th Addendum
    Right to know accusers (NOPD, LAState Troopers, Parking, SPCA)
### 8th Addendum
    imposing excessive bail, excessive fines, or cruel and unusual punishments.
### 9th Addendum
    specific enumerations
### 12th Addendum vs. 17th
    Presidential Election Process -> Electoral vs. Direct
### 13th & 16th Addendums
    income tax is slavery
### 15th, & 26th Addendums
    Resident Travelers issues
### Access to Courts

https://www.law.cornell.edu/constitution-conan/article-4/section-2/clause-1/access-to-courts
    https://en.wikipedia.org/wiki/Freedom_of_movement
    ~ Paul v. Virginia, 75 U.S. 168 (1869)

http://www.laed.uscourts.gov/case-information/orders-citing-internet-resources
    filing under organization at
[https://github.com/ActionProjects/Actions](https://github.com/ActionProjects/Actions)

I Nicholas D'Artagnan Dumas demand an injunction on the 2020 Federal Presidential Election; predicated upon unfair practices by Federal and State Agencies.

## Residence - ANIMUS MANENDI. The intention of remaining.
The following institutions failed to provide services based upon, what appears to be, a Patriot Act stipulation for a Physical Residence Address: Federal Elections Commission, FinCEN (Banner Bank, Mechanics Bank, Wells Fargo, Bank of America), USPS (PostNet, UPS), DMV, IRS, EDD, Blood Bank, +others

2018: I, Nicholas D'Artagnan Dumas, was asked to lie, at multiple DMV's and Banks, about my residence address while being 'shelterless' with no, permitted, physical residence address; barring the ability to: receive private mail, open a bank account / safety deposit box, file for unemployment, receive stimulus, or register, timely and properly, with the FEC.

Traveling individuals, while residents, without specific residential street addresses are barred from participating in the elections due to inadequate implementations.

>     RESIDENCE. The place of one's domicil. (q.v.) There is a difference between a man's residence and his domicil. He may have his domicil in Philadelphia, and still he may have a residence in New York; for although a man can have but one domicil, he may have several residences. A residence is generally transient in its nature, it becomes a domicil when it is taken up animo manendi. Roberts; Ecc. R. 75.

>     2. Residence is prima facie evidence of national character, but this may at all times be explained. When it is for a special purpose and transient in its nature, it does not destroy the national character.
~ West's Encyclopedia of American Law, edition 2. S.v. "residence." Retrieved November 2 2020 from
[https://legal-dictionary.thefreedictionary.com/Residence](https://legal-dictionary.thefreedictionary.com/Residence)


## Presidency
9 States bar Write-in candidates.

Supplemental information can be found on confiscated hardware by the NOPD; after the police shooting on Royal Street in New Orleans, Louisiana
https://mobile.twitter.com/wwltv/status/1322369591885090817?s=10 @
https://www.youtube.com/watch?v=7cezZkvw718 see me recording w/ Adeline (the puppy).

FEC requires a "Physical Residence Address" Barring Nicholas D'Artagnan Dumas from registering timely.
[Nicholas D'Artagnan Dumas FEC reg](https://www.fec.gov/data/candidate/P00017343/?cycle=2020&election_full=true)
Nicholas D'Artagnan Dumas announced candidacy to the [El Dorado County HOTeam](https://www.counties.org/post/el-dorado-countys-homeless-outreach-team) in 2018 at Safeway, in Placerville, California.

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | DArts Decon <decondarts@gmail.com> |
| **Sent:** | Monday, November 2, 2020 4:44 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Injunction on Presidential Tally |
| **Attachments:** | Initial Outline of Issues.pdf; Civil_Cover-no_sig_avail.pdf; complaint_injunction.pdf; Pauper_Request.pdf; Civil_Cover2-no_sig_avail.pdf; Pauper_Order.pdf |

**CAUTION - EXTERNAL:**

Documents & Electoral College Candidates Signatures on file with NOPD Detectives from Device Confiscation 10/30/2020 from "NOPD involved shooting on Royal Street"

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1